# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/3/2022 |
| Case: 1−22−42760−jmm | Form ID: 764 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

aty          Mark A. Frankel          mfrankel@bfklaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          960 Franklin Owner LLC          320 Roebling St.          Num. 302          Brooklyn, NY 11211
smg          Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office
Building          201 Varick Street, Suite 1006          New York, NY 10014

TOTAL: 2