# Notice Recipients

District/Off: 0207–1     User: admin     Date Created: 11/4/2022
Case: 1–22–42760–jmm     Form ID: 245     Total: 17

**Recipients of Notice of Electronic Filing:**
aty    Mark A. Frankel    mfrankel@bfklaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    960 Franklin Owner LLC    320 Roebling St.    Num. 302    Brooklyn, NY 11211
smg    United States of America    Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220
smg    NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240
smg    NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205
smg    Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101–7346
smg    NYC Department of Finance    345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201–3719
smg    Office of the United States Trustee    Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014
10125613    Daryl Hagler    c/o Centers Healthcare    4770 White Plains Road    Bronx, NY 10470
10125612    Internal Revenue Service    c/o US Attorney Claims Unit    One Saint Andrews Plaza Rm 417    New York, NY 10007
10125614    Law Offices of David Feit    22 Cortlandt Street, Suite 803    New York, NY 10007
10125610    NYS Dept of Tax & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205
10125615    Ram Abstract    2635 Pettit Avenue    Bellmore, NY 11710
10125609    State of New York    Attorney General's Office    120 Broadway    New York, NY 10271
10125616    The J Associates    670 Myrtle Ave, #257    Brooklyn, NY 11205
10125608    United States Attorney    Eastern District of New York    147 Pierrepont Plaza    Brooklyn, NY 11201
10125611    United States of America    c/o U.S. Attorney    86 Chambers Street    New York, NY 10007

TOTAL: 16