# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: admin | Date Created: 11/4/2022 |
| Case: 1–22–42760–jmm | Form ID: 309F1 | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | 960 Franklin Owner LLC    320 Roebling St.    Num. 302    Brooklyn, NY 11211 |
| aty | Mark A. Frankel    Backenroth Frankel & Krinsky LLP    800 Third Avenue    11th Floor    New York, NY 10022 |
| smg | United States of America    Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220 |
| smg | NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101–7346 |
| smg | NYC Department of Finance    345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201–3719 |
| smg | Office of the United States Trustee    Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014 |
| 10125613 | Daryl Hagler    c/o Centers Healthcare    4770 White Plains Road    Bronx, NY 10470 |
| 10125612 | Internal Revenue Service    c/o US Attorney Claims Unit    One Saint Andrews Plaza Rm 417    New York, NY 10007 |
| 10125614 | Law Offices of David Feit    22 Cortlandt Street, Suite 803    New York, NY 10007 |
| 10125610 | NYS Dept of Tax & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| 10125615 | Ram Abstract    2635 Pettit Avenue    Bellmore, NY 11710 |
| 10125609 | State of New York    Attorney General's Office    120 Broadway    New York, NY 10271 |
| 10125616 | The J Associates    670 Myrtle Ave, #257    Brooklyn, NY 11205 |
| 10125608 | United States Attorney    Eastern District of New York    147 Pierrepont Plaza    Brooklyn, NY 11201 |
| 10125611 | United States of America    c/o U.S. Attorney    86 Chambers Street    New York, NY 10007 |

TOTAL: 17