**LEECH TISHMAN ROBINSON BROG, PLLC**
875 Third Avenue, 9th Floor
New York, New York 10022
Tel. No.: (212) 603-6300
**Fred B. Ringel, Esq.**
**Steven B. Eichel, Esq.**
*Attorneys for 960 Franklin LLC and Daryl Hagler*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In re:                                          Chapter 11
                                                Case No. 22-42760-jmm

**960 FRANKLIN OWNER LLC,**

                        Debtor.
-----------------------------------------------------X

### DECLARATION OF ANTHONY CARONE IN SUPPORT OF MOTION OF 960 FRANKLIN LLC AND DARYL HAGLER FOR ENTRY OF AN ORDER (I) DISMISSING CHAPTER 11 CASE, OR, IN THE ALTERNATIVE, (II) EITHER (A) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO AGREEMENT OF SALE OF MEMBERSHIP INTERESTS OR (B) VACATING STAY WITH RESPECT TO AGREEMENT OF SALE OF MEMBERSHIP INTERESTS

I, Anthony Carone, pursuant to 28 U.S.C. §1746, declares under penalty of perjury:

1.      I am a partner with the law firm of Abrams Festerman LLP and counsel to Daryl Hagler ("Hagler") and 960 Franklin LLC ("Franklin"). I have personal knowledge of the events set forth here and thus I am fully familiar with the facts and circumstances of this case.

2.      I submit this declaration in support of the motion for entry of an order (I) dismissing the above-captioned Chapter 11 case of 960 Franklin Owner LLC ("Debtor") pursuant to 11 U.S.C. §1112(b), or in the alternative (II) either (A)

determining that the automatic stay provisions of 11 U.S.C. §362 do not apply to the Agreement of Sale of Membership Interests ("Agreement") between Hagler and the Debtor, or (B) vacating the automatic stay as to Hagler to permit him to, *among other things*, terminate the Agreement.

3.      On August 10, 2022, Hagler, as assignor ("Assignor"), and the Debtor, as assignee ("Assignee"), executed the Agreement under which Assignee was to acquire from Assignor all of its right, title and interest of Assignor in and to the Membership Interests in 960 Franklin on the terms set forth in the Agreement.  The parties also entered into an Assignment and Assumption of Membership Interest Agreement ("51% Assignment Agreement"), pursuant to which Hagler (as Assignor), who owns 100% of the Membership Interests in 960 Franklin, agreed to convey to the Debtor, as Assignee, 51% of the Membership Interests in 960 Franklin. As set forth in Section 3(B) of the Agreement below, the 51% Assignment Agreement is subject to Section 3(B), as amended by emails between counsel for Assignor and Assignee, analyzed in paragraph 8  below, which changed the time for payment of the $10 million payment required by the Agreement from November 1, 2022, to a time of the essence ("TOE") payment  deadline of 11:00 a.m. on November 2, 2022. The $10 million dollar payment was not made by the TOE deadline of 11:00 a.m., and in fact has never been made, and as a result. The membership interests previously transferred to the Debtor automatically reverted to Hagler without any further action on his part.

4.      Sections 3(B) and 8 of the Agreement, as amended by the emails identified in section 8 of the Affidavit, are the relevant provisions setting forth the deadlines by which the Assignee was required to make a $10 million payment to Escrowee and close on its purchase of the Membership Interests.

2

5.    Section 3 of this Agreement provides as follows:

(A)    Effective as of the Effective Date[1], Assignor has assigned and transferred to Assignee all his right, title and interest in and to 51% of the Membership Interests in the Company as evidenced by the assignment of membership interests dated on or about the Effective Date and annexed hereto as Exhibit B (the "51% Assignment of Membership Interests"), with Assignor representing that such assignment and transfer shall be lien free and free and clear of any debts, liens, liabilities, obligations and rights of any third parties (and a "clean" UCC and lien search shall be delivered by Assignor to Assignee on the Effective Date or Closing (at Assignee's option) showing no encumbrances on the Membership Interests so assigned), and at the Assignee's option, Assignor shall at Closing execute such title and other affidavits (including, without limitation, a "non-imputation affidavit" and such other documents as may be reasonably requested by the Assignee's designated title insurance company in order to insure the transfer of the Membership Interests to Assignee or its designee) and other reasonable documentation as Assignee shall reasonably request to confirm the foregoing, such covenants, representations and warranties to survive the closing of the payment of the Purchase Price with respect to the Membership Interests only.

(B)    Effective as of the Closing, Assignor hereby agrees to assign and transfer to Assignee all his right, title and interest in and to 49% of the Membership Interests in the Company as evidenced by the assignment of Membership Interests dated on or about the Closing and annexed hereto as Exhibit C (the "49% Assignment of Membership Interests"), with Assignor representing that such assignment and transfer shall be lien free and free and clear of any debts, liens, liabilities, obligations and rights of any third parties (and a "clean" UCC and lien search shall be delivered by Assignor to Assignee at the Closing showing no encumbrances on the Membership Interests so assigned), and at the Assignee's option, Assignor shall at Closing execute such title and other affidavits (including, without limitation, a "non-imputation affidavit" and such other documents as may be reasonably requested by the Assignee's designated title insurance company in order to insure the transfer of the Membership Interests to Assignee or its designee) and other reasonable documentation as Assignee shall reasonably request to confirm the foregoing, such representations and warranties to survive the closing of the payment of the Purchase Price with respect to the Membership Interests only.  Both the 51% Assignment of Membership Interests and the 49% Assignment of Membership Interests are fully executed on the Effective Date, with the 51% Assignment of Membership Interests to be dated the Effective Date, and the 49% Assignment of Membership Interests to be dated and effective the date of the Closing and Assignee shall insert such date thereon at Closing.  If required by Underlying Sellers, Assignor and Assignee shall execute

---

[1]Capitalized terms not defined herein shall have the meaning ascribed to them in the Agreement.

3

an Operating Agreement ("Operating Agreement") of the Company in commercially reasonable form dated on or about the Effective Date and conforming to the terms and conditions of this Assignment Agreement. If the closing of title to Purchaser fails to occur at the Closing as a result of Assignee's default in the performance of its obligations under this Assignment Agreement, and provided Underlying Sellers are not in default of the Contracts, and further provided Assignor is not in default of this Agreement, then Assignor may at is sole option elect to rescind ("Reversionary Right") the 51% Assignment of Membership Interests and the 49% Assignment of Membership and retain the Down Payment (as hereinafter defined) as liquidated damages. **Notwithstanding anything to the contrary set forth in this Assignment Agreement, and as a material inducement for Assignor to enter into this Agreement, Assignee shall wire $10,000,000.00 to Escrowee on or before November 1, 2022 to be held in escrow and applied toward the balance of the Purchase Price at Closing. In the event Assignee fails or refuses to wire such additional $10,000,000.00 to Escrowee[2] on or before November 1, 2022, Assignee shall be deemed to have defaulted, Assignor's Reversionary Right shall be deemed exercised, Assignee shall have no further right in the Membership Interests, any prior assignment of the Membership Interests shall be deemed null and void, Assignor shall be entitled to return the Down Payment as liquidated damages and Assignor shall be permitted to close with the Underlying Sellers.** (Emphasis added)

6.      Section 3(B) of the Agreement is self-executing, with the reversionary right deemed exercised upon the Assignee's failure to tender the $10 million payment to Escrowee. No affirmative action by any party is needed to affect the reversion.

7.      Section 8 of the Agreement provides as follows:

The Closing shall be held on November 2, 2022, which is the same day that the closing is held with the Underlying Sellers pursuant to the Contracts, provided, however, if Underlying Sellers grant extensions under the Contracts at the request and with the permission of Assignee, the obligations of Assignee shall likewise be extended. **TIME IS OF THE ESSENCE AS TO ASSIGNEE'S OBLIGATION TO CLOSE UNDER THE CONTRACTS AND THIS ASSIGNMENT AGREEMENT.**

8.      On November 1, 2022 at 4:27 p.m., David Feit counsel to Assignee, emailed me that he was "advised the deadline to wire the $10 million has been extended to

---

[2]Under the Agreement, the Escrowee is Abrams Festerman LLP. See Agreement at §9.

4

11:00 a.m. on November 2.  Please confirm the contract is thereby amended and send me an email and contract amendment to that effect."  A copy of this email and all the emails mentioned below are part of an email chain attached as Exhibit A (except as otherwise indicated).

9.        In response to another email by David Feit on November 1, 2022 at 4:36 pm. requesting confirmation that his email is binding on both the assignor and assignee without any need for a written assignment agreement executed by the assignor and assignee, I responded by email at 4:37 p.m.:

> I can confirm that my client authorized the extension of time until tomorrow at 11:00 a.m. TOE for receipt of the wire and no written amendment is needed.

10.       By these emails, the TOE deadline for the payment of the $10 million, which was required to close on the sale of the Membership Interests, became November 2, 2022 at 11:00 a.m. TOE deadline  The Assignee neither paid the $10 million before the 11:00 a.m. TOE deadline n or at any time after that.

11.       On November 2, 2022, Eli Lefkowitz, Assignee's other counsel, sent an email at 2:17 p.m., more than three hours after the TOE deadline expired, which email provided, in pertinent part, as follows:

> All – I have just been advised that this is not closing today.  I don't have a further update at this time.

A copy of this email is attached as Exhibit B.

12.       Not only did the Assignee fail to pay $10 million by 11:00 a.m. on November 2, 2022, Mr. Lefkowitz's email confirmed that Assignee breached the Agreement.

13.       At 3:44 p.m. on the same day, I sent the following email to Mr. David Feit:

David — as you know, today is a TOE closing date. The wire for the 10 mil additional deposit has never been received, and the balance of the purchase price has never been received. As a result of these defaults and pursuant to paragraph 3(B) of the agreement of sale of membership interests, the revisionary [sic] right has been deemed exercised, Assignee has no further right in the Membership Interests, the prior assignment of the membership interests is null and void and Assignor is permitted to close with the underlying Sellers. This letter is without prejudice to, and my client reserves all rights and remedies.

14.    On the same day, I sent a similar letter to Mr. Feit confirming that Assignee failed to send the $10 million. The letter provides, in pertinent part, as follows:

The wire for the Ten Million Dollar ($10,000,000.00) additional deposit has never been received, and the balance of the purchase price has never been received.

As a result of these defaults, and pursuant to paragraph 3(B) of the agreement of sale of membership interests, the revisionary [sic] right by Assignor has been deemed exercised, Assignee has no further right in the Membership Interests, the prior assignments of the membership interests are null and void, and Assignor is permitted to close with the underlying Sellers.

The complete November 2, 2022 letter is attached as Exhibit C.

15.    Hagler advised me that he was prepared to close the following morning, November 2, 2022 at 11:00 a.m., however, the Debtor failed to tender the $10 million payment and close on the Agreement as required.

16.    At approximately 4:28 p.m. on November 2, 2022 ("Petition Date"), the Debtor commenced its Chapter 11 case. A copy of the Notice of Bankruptcy Case Filing is annexed hereto as Exhibit D. Thus, the Debtor's chapter 11 case was started after the expiration of the TOE deadline.

6

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

**Dated:**  New York, New York
          November 2 3 , 2022

_____
**ANTHONY CARONE**

4874-1468-9599, v. 3

# **EXHIBIT A**

**From:** Anthony J. Carone
**Sent:** Wednesday, November 2, 2022 4:44 PM
**To:** 'David J. Feit' <dfeit@dfeitlaw.com>
**Cc:** sw@cwrealty.net; Arianna Antigone <AAntigone@dfeitlaw.com>; Alan Kulatti <akulatti@dfeitlaw.com>; cheskie weisz <cw@cwrealty.net>; Jennifer Cook <JCook@ramtitle.com>; Danielle Hayes <DHayes@ramtitle.com>
**Subject:** RE: 1031 Assignment Document

David – rather that you and I engaging in a letter writing campaign where we resend the same emails, I defer to my previous responses.

This email is sent without prejudice to, and my client reserves all rights and remedies.

---

**From:** David J. Feit <dfeit@dfeitlaw.com>
**Sent:** Wednesday, November 2, 2022 4:35 PM
**To:** Anthony J. Carone <ACarone@Abramslaw.com>
**Cc:** sw@cwrealty.net; Arianna Antigone <AAntigone@dfeitlaw.com>; Alan Kulatti <akulatti@dfeitlaw.com>; cheskie weisz <cw@cwrealty.net>; Jennifer Cook <JCook@ramtitle.com>; Danielle Hayes <DHayes@ramtitle.com>
**Subject:** Re: 1031 Assignment Document

**Caution: This email originated outside of the organization**

---

Dear Anthony,

I am advising you that the day Is not over and my client has directed me to advise you that if any closing takes place on 960 Franklin without my client's express written authority, my client will hold your client accountable and file any and all claims with all appropriate title companies and courts of law.

This email is sent without prejudice to, and my client reserves all rights and remedies.

Please be guided accordingly.

Thank you.

David J. Feit, Esq.
Law Offices of David J. Feit, Esq., PLLC
22 Cortlandt Street, Suite 803
New York, New York 10007
Telephone: (212) 608-1445 ext. 1
Telecopier: (212) 608-1803
E-mail: dfeit@dfeitlaw.com
Website: www.dfeitlaw.com

This communication, and any information or material transmitted with this communication, is intended only for the use of the intended recipients and it may be privileged and confidential. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation, publication, dissemination, distribution, reproduction or other use of this communication, information or material is prohibited and may be illegal. If you received this communication in error, please notify us immediately by telephone or by return e-mail, and delete the communication, information and material from any computer, disk drive, diskette or other storage device or media.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Nov 2, 2022, at 3:44 PM, Anthony J. Carone <ACarone@abramslaw.com> wrote:

David – As you, know, today is a TOE closing date.  The wire for the 10mil additional deposit has never been received, and the balance of the purchase price has never been received.  As a result of these defaults, and pursuant to paragraph 3(B) of the agreement of sale of membership interests, the revisionary right has been deemed exercised, Assignee has no further right in the Membership Interests, the prior assignment of the membership interests is null and void and Assignor is permitted to close with the underlying Sellers.  This letter is without prejudice to, and my clients reserves all rights and remedies.

*Anthony J. Carone, Esq.* | *Partner*

***Brooklyn Office***

1 Metrotech Center

Suite 1701

Brooklyn, New York 11201

718-215-5300 x 647 | Phone

718-215-7563 | Direct

718-215-7566 |    Fax

<imagee5dc92.PNG>

ACarone@Abramslaw.com

www.abramslaw.com

<image702dfe.PNG>  <image3c396a.PNG>  <image7e348d.PNG>  <imaged2d2a9.PNG>

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient. AF/01

**From:** Anthony J. Carone
**Sent:** Tuesday, November 1, 2022 4:37 PM
**To:** 'David J. Feit' <dfeit@dfeitlaw.com>
**Cc:** sw@cwrealty.net; Arianna Antigone <AAntigone@dfeitlaw.com>; Alan Kulatti <akulatti@dfeitlaw.com>
**Subject:** RE: 1031 Assignment Document

I can confirm that my client authorized the extension of time until tomorrow at 11am TOE for receipt of the wire and no written amendment is needed

**From:** David J. Feit <dfeit@dfeitlaw.com>
**Sent:** Tuesday, November 1, 2022 4:36 PM
**To:** Anthony J. Carone <ACarone@Abramslaw.com>
**Cc:** sw@cwrealty.net; Arianna Antigone <AAntigone@dfeitlaw.com>; Alan Kulatti <akulatti@dfeitlaw.com>
**Subject:** Re: 1031 Assignment Document

**Caution: This email originated outside of the organization**

Anthony

Please Email me to confirm below is binding  on assignor and assignee without any need  for a written assignment agreement  amendment executed  by the assignor and assignee

David J. Feit, Esq.
Law Offices of David J. Feit, Esq., PLLC
22 Cortlandt Street, Suite 803
New York, New York 10007
Telephone: (212) 608-1445 ext. 1
Telecopier: (212) 608-1803
E-mail: dfeit@dfeitlaw.com
Website: www.dfeitlaw.com

4

This communication, and any information or material transmitted with this communication, is intended only for the use of the intended recipients and it may be privileged and confidential. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation, publication, dissemination, distribution, reproduction or other use of this communication, information or material is prohibited and may be illegal. If you received this communication in error, please notify us immediately by telephone or by return e-mail, and delete the communication, information and material from any computer, disk drive, diskette or other storage device or media.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Nov 1, 2022, at 4:32 PM, Anthony J. Carone <ACarone@abramslaw.com> wrote:

Confirmed

**_Anthony J. Carone_**_, Esq._ | _Partner_

**_Brooklyn Office_**

1 Metrotech Center

Suite 1701

Brooklyn, New York 11201

<imaged968e5.PNG>

718-215-5300 x 647 | Phone

718-215-7563 | Direct

718-215-7566 |    Fax

ACarone@Abramslaw.com

www.abramslaw.com

<imageeec548.PNG>  <image32f87b.PNG>  <imagee50bdf.PNG>  <image1e2f61.PNG>

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient. AF/02

**From:** David J. Feit <dfeit@dfeitlaw.com>
**Sent:** Tuesday, November 1, 2022 4:27 PM
**To:** Anthony J. Carone <ACarone@Abramslaw.com>
**Cc:** sw@cwrealty.net; Arianna Antigone <AAntigone@dfeitlaw.com>; Alan Kulatti <akulatti@dfeitlaw.com>
**Subject:** Re: 1031 Assignment Document

**Caution: This email originated outside of the organization**

---

I am advised the deadline  to wire the 10m has been extended to 11 am November 2

Please confirm  the contract is thereby amended and send me an email and contract amendment to that effect

> David J. Feit, Esq.
> Law Offices of David J. Feit, Esq., PLLC
> 22 Cortlandt Street, Suite 803
> New York, New York 10007
> Telephone: (212) 608-1445 ext. 1
> Telecopier: (212) 608-1803
> E-mail: dfeit@dfeitlaw.com
> Website: www.dfeitlaw.com
>
> This communication, and any information or material transmitted with this communication, is intended only for the use of the intended recipients and it may be privileged and confidential. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation, publication, dissemination, distribution, reproduction or other use of this communication, information or material is prohibited and may be illegal. If you received this communication in error, please notify us immediately by telephone or by return e-mail, and delete the communication, information and material from any computer, disk drive, diskette or other storage device or media.  Thank you.
>
> IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
>
> On Nov 1, 2022, at 4:13 PM, Anthony J. Carone <ACarone@abramslaw.com> wrote:
>
> Attached are the following to be held in escrow pending confirmation of receipt of the additional wire, confirmation of the actual closing, and email confirmation from me:
> 1. Assignment
> 2. FIRPTA
> 3. General Release

**_Anthony J. Carone_**_, Esq._ | _Partner_

**_Brooklyn Off_**

1 Metrotech Cen

Suite 1

Brooklyn, New York 112

718-215-5300 x 647 | Pho

718-215-7563 | Dir

718-215-7566 |

ACarone@Abramslaw.c

www.abramslaw.c

<image2e830c.PNG>

<image0ed894.PNG> <imagebc1d89.PNG> <image5779ec.PNG> <image5950a1.PN

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions
penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise vie
this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient. AF/01

**From:** David J. Feit <dfeit@dfeitlaw.com>
**Sent:** Tuesday, November 1, 2022 1:40 PM
**To:** Anthony J. Carone <ACarone@Abramslaw.com>
**Cc:** Cheskie Weisz <cw@cwrealty.net>; sw@cwrealty.net; Arianna
Antigone <AAntigone@dfeitlaw.com>
**Subject:** Re: 1031 Assignment Document

**Caution: This email originated outside of the organization**

Add send

David J. Feit, Esq.
Law Offices of David J. Feit, Esq., PLLC
22 Cortlandt Street, Suite 803
New York, New York 10007
Telephone: (212) 608-1445 ext. 1
Telecopier: (212) 608-1803
E-mail: dfeit@dfeitlaw.com
Website: www.dfeitlaw.com

This communication, and any information or material
transmitted with this communication, is intended only
for the use of the intended recipients and it may be
privileged and confidential. If you are not the intended
recipient, you are hereby notified that any review,
retransmission, conversion to hard copy, copying,
circulation, publication, dissemination, distribution,
reproduction or other use of this communication,
information or material is prohibited and may be illegal.
If you received this communication in error, please
notify us immediately by telephone or by return e-mail,
and delete the communication, information and

material from any computer, disk drive, diskette or other storage device or media.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Nov 1, 2022, at 1:13 PM, Anthony J. Carone <ACarone@abramslaw.com> wrote:

sure

**_Anthony J. Carone_**_, Esq._ | _Partner_

**_Brookl_**

1 Metro

Brooklyn, New

<imagee27303.PNG>                                            718-215-5300 x 6

718-215-7

718-215-75

ACarone@Abra

www.abra

<imagecae1de.PNG> <image29d130.PNG> <image270dca.PNG> <image42e

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to le penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient. AF/01

**From:** David J. Feit <dfeit@dfeitlaw.com>
**Sent:** Tuesday, November 1, 2022 12:54 PM
**To:** Anthony J. Carone <ACarone@Abramslaw.com>
**Cc:** Cheskie Weisz <cw@cwrealty.net>; sw@cwrealty.net; Arianna Antigone <AAntigone@dfeitlaw.com>
**Subject:** RE: 1031 Assignment Document

**Caution: This email originated outside of the organization**

Pdf clause in release?


**David J. Feit, Esq.**
**Law Offices of David J. Feit, Esq., PLLC**
**22 Cortlandt Street, Suite 803**
**New York, New York 10007**
**Telephone: (212) 608-1445 ext. 1**
**Telecopier: (212) 608-1803**
**E-mail: dfeit@dfeitlaw.com**
**Website: www.dfeitlaw.com**


**This communication, and any information or material transmitted with this communication, is intended only for the use of the intended recipients and it may be privileged and confidential. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation, publication, dissemination, distribution, reproduction or other use of this communication, information or material is prohibited and may be illegal. If you received this communication in error, please notify us immediately by telephone or by return e-mail, and delete the communication, information and material from any computer, disk drive, diskette or other storage device or media.  Thank you.**

**IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**


**From:** Anthony J. Carone <ACarone@Abramslaw.com>
**Sent:** Tuesday, November 01, 2022 12:42 PM
**To:** David J. Feit <dfeit@dfeitlaw.com>
**Cc:** Cheskie Weisz <cw@cwrealty.net>;
sw@cwrealty.net; Arianna Antigone

<AAntigone@dfeitlaw.com>
**Subject:** RE: 1031 Assignment Document

Here you go

### *Anthony J. Carone, Esq.* | *Partner*

**Brooklyn Office**

1 Metrotech Center

Suite 1701

Brooklyn, New York 11201

718-215-5300 x 647 | Phone

718-215-7563 | Direct

718-215-7566 | Fax

ACarone@Abramslaw.com

www.abramslaw.com

<image001.png>

<image002.png> <image003.png> <image004.png> <image005.png>

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient
AF/02

**From:** David J. Feit <dfeit@dfeitlaw.com>
**Sent:** Tuesday, November 1, 2022 12:39 PM
**To:** Anthony J. Carone <ACarone@Abramslaw.com>
**Cc:** Cheskie Weisz <cw@cwrealty.net>;
sw@cwrealty.net; Arianna Antigone
<AAntigone@dfeitlaw.com>
**Subject:** Re: 1031 Assignment Document

**Caution: This email originated outside of the organization**

Add firpta for 51% too

Add counterparts and pdf signature clause for both
firpta and release too

David J. Feit, Esq.
Law Offices of David J. Feit, Esq., PLLC
22 Cortlandt Street, Suite 803
New York, New York 10007
Telephone: (212) 608-1445 ext. 1
Telecopier: (212) 608-1803
E-mail: dfeit@dfeitlaw.com
Website: www.dfeitlaw.com

This communication, and any information or material transmitted with this communication, is intended only for the use of the intended recipients and it may be privileged and confidential. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation, publication, dissemination, distribution, reproduction or other use of this communication, information or material is prohibited and may be illegal. If you received this communication in error, please notify us immediately by telephone or by return e-mail, and delete the communication, information and material from any computer, disk drive, diskette or other storage device or media.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

On Nov 1, 2022, at 12:35 PM, Anthony J. Carone <[ACarone@abramslaw.com](mailto:ACarone@abramslaw.com)> wrote:

Hi – please review the attached and let me if you have any comments so I can get them signed

*Anthony J. Carone, Esq.* | *Partner*

**_B_**

1

Brooklyn

718-215-5

718-

718-

ACarone

ww

   <im

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefo
and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing
viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient. AF/01

---

**From:** David J. Feit
<dfeit@dfeitlaw.com>
**Sent:** Tuesday, November 1, 2022 9:45
AM
**To:** Anthony J. Carone
<ACarone@Abramslaw.com>; Cheskie
Weisz <cw@cwrealty.net>;
sw@cwrealty.net; Arianna Antigone
<AAntigone@dfeitlaw.com>
**Subject:** RE: 1031 Assignment
Document

**Caution: This email originated outside of
the organization**

---

Ariann – add to folder

**David J. Feit, Esq.**
**Law Offices of David J. Feit, Esq.,**
**PLLC**
**22 Cortlandt Street, Suite 803**
**New York, New York 10007**
**Telephone: (212) 608-1445 ext. 1**
**Telecopier: (212) 608-1803**
**E-mail: dfeit@dfeitlaw.com**
**Website: www.dfeitlaw.com**

**This communication, and any**
**information or material**
**transmitted with this**
**communication, is intended only**
**for the use of the intended**
**recipients and it may be privileged**
**and confidential. If you are not the**

intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation, publication, dissemination, distribution, reproduction or other use of this communication, information or material is prohibited and may be illegal. If you received this communication in error, please notify us immediately by telephone or by return e-mail, and delete the communication, information and material from any computer, disk drive, diskette or other storage device or media.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Anthony J. Carone
<ACarone@Abramslaw.com>
**Sent:** Tuesday, November 01, 2022 9:40 AM
**To:** Cheskie Weisz <cw@cwrealty.net>; sw@cwrealty.net; Arianna Antigone <AAntigone@dfeitlaw.com>; David J. Feit <dfeit@dfeitlaw.com>
**Subject:** FW: 1031 Assignment Document
**Importance:** High

Please add this to your list of documents to get singed.  Seller needs this for his 1031

## Anthony J. Carone, *Esq.* | *Partner*

*Brooklyn*

1 Metrotech

Sui

Brooklyn, New Yor

718-215-5300 x 647

718-215-7563

718-215-7566

ACarone@Abramsl

www.abramsl

<image001.png>

<image002.png> <image003.png> <image004.png> <image00

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefo
legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwa
distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the inte
AF/02

**From:** Jason L. Sobel <jsobel@sillscummis.com>
**Sent:** Monday, October 31, 2022 7:10 PM
**To:** Anthony J. Carone <ACarone@Abramslaw.com>
**Cc:** Fred DiTommaso <fditommaso@sillscummis.com>; Saudi G. Crawford <scrawford@sillscummis.com>
**Subject:** 1031 Assignment Document
**Importance:** High

**Caution: This email originated outside of the organization**

Anthony – can you please have Buyer sign the attached Assignment for Seller's 1031 transaction?  This can be done via scan and email, so please get back to us ASAP.

Fred – please add this to our closing document list for tomorrow.

Thanks,
Jason

**Jason L. Sobel**
Member - Real Estate

\<image006.gif\>

\<image007.gif\>
\<image008.gif\>
**website | vCard | newsroom | email** \<image009.gif\>

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5295  |  f (973) 643-6500   **map**

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

\*\*Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

\<FIRPTA.DOCX\>
\<GENERAL RELEASE.docx\>
\<Hagler Closing docs.pdf\>

**EXHIBIT B**

**From:** Eli Lefkowitz <eli@mlwitz.com>
**Sent:** Wednesday, November 2, 2022 2:17:43 PM
**To:** Jennifer Cook <JCook@ramtitle.com>; David J. Feit <dfeit@dfeitlaw.com>
**Cc:** Jeffrey Zwick <jeffrey@jzlegal.com>; Anthony J. Carone <ACarone@abramslaw.com>; Allen Weinstein <AWeinstein@centersbusiness.org>; Hillel Lazarus <hillel@jzlegal.com>; Shia Weisz <sw@cwrealty.net>; Shimmy Meisels <smeisels@jzlegal.com>; Alan Kulatti <akulatti@dfeitlaw.com>; Arianna Antigone <AAntigone@dfeitlaw.com>; Isaac Hager <Isaac@cornellrealty.com>; Joel Teitelbaum <joel11205@gmail.com>; cheskie weisz <cw@cwrealty.net>; daryl@fuoco.com <daryl@fuoco.com>; Ari Moskowitz <ari@mlwitz.com>
**Subject:** [EXTERNAL]RE: 960 Franklin Terms

**This message was sent from outside the company. Please do not click links, open attachments, or send sensitive information until you verify the authenticity of this email (by calling the sender directly) or you know that the content is safe.**

All – I have just been advised that this is not closing today.  I don't have a further update at this time.

Jennifer and David – I don't believe that the wires actually made it to your accounts. However, to the extent that they did or do later on you are hereby directed to send it back to my client immediately.

**Eli Lefkowitz**

Partner



**Moskowitz & Lefkowitz LLP**
1222 Avenue M, Suite 402, Brooklyn, NY 11230

O: 718.301.7033 x102 • M: 917.683.6160

E-Mail: eli@mlwitz.com • www.MLwitz.com

This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

Circular 230 Disclosure:  To ensure compliance with IRS requirements, we inform you that this written correspondence (including any attachments) does not constitute an opinion and is not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

# EXHIBIT C



**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | **P**
info@abramslaw.com | **E**

**Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan**

November 2, 2022

**VIA FEDERAL EXPRESS**
David J. Feit, Esq.
Law Offices of David J. Feit, Esq., PLLC
22 Cortlandt Street, Suite 803
New York, New York 10007

> **Re:** 960 Franklin LLC from HPG Associates, Inc.
> Premises: 960 Franklin Avenue, Brooklyn, NY and
> 960 Franklin LLC from Brooklyn 122A Montgomery LLC
> Premises: 122A Montgomery Street, Brooklyn, NY

Dear David:

As you know, today is a TIME OF THE ESSENCE closing date. The wire for the Ten Million Dollar ($10,000,000.00) additional deposit has never been received, and the balance of the purchase price has never been received.

As a result of these defaults, and pursuant to paragraph 3(B) of the agreement of sale of membership interests, the revisionary right by Assignor has been deemed exercised, Assignee has no further right in the Membership Interests, the prior assignments of the membership interests are null and void and Assignor is permitted to close with the underlying Sellers.

In addition, we hereby demand the second assignment, general release and FIRPTA sent to you in escrow yesterday, be immediately returned to my office. You are not authorized to release copies of those documents to your client or any other party.

This letter is without prejudice to, and my clients reserves all rights and remedies.

Very truly yours,

Anthony J. Carone

**EXHIBIT D**

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed
below was filed under Chapter 11 of the United
States Bankruptcy Code, entered on 11/02/2022 at
4:28 PM and filed on 11/02/2022.

**960 Franklin Owner LLC**
320 Roebling St. Num. 302
Brooklyn, NY 11211
Tax ID / EIN: 92-0848570

The case was filed by the debtor's attorney:

**Mark A. Frankel**
Backenroth Frankel & Krinsky LLP
800 Third Avenue
11th Floor
New York, NY 10022
(212) 593-1100

The case was assigned case number 1-22-42760.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be
penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C
Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy**
**Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/02/2022 16:30:27 | | | |
| PACER Login: | mfrankel | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 1-22-42760 |
| Billable Pages: | 1 | Cost: | 0.10 |