UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                           Chapter 11

     960 Franklin Owner LLC,                                  Case No.  22-42760 (JMM)

                        Debtor.
---------------------------------------------------------x

## LOCAL RULE STATEMENT

David Goldwasser, as Manager of 960 Franklin Owner LLC (the "Debtor") deposes and says under penalty of perjury, as follows:

1.     I am submitting this affidavit pursuant to the local rules of this Court in support of the Debtor's Chapter 11 filing.

2.     On November 2, 2022, the Debtor filed a Chapter 11 petition under Title 11 of the United States Code, 11 U.S.C. 101 et seq. (the "Bankruptcy Code").

3.     The Debtor is the owner of 51% of the membership interests in 960 Franklin LLC with an obligation to purchase the remaining 49% under an August 10, 2022 contract ("Contract").

4.     The purchase price for the interests is $53,500,000.  A $4,500,000 pre-petition down payment (the "Deposit") was made on August 10, 2022, at which time the Debtor obtained its 51% interests, subject to reversion to the seller if the Debtor did not pay an additional $10,000,000 on November 1, 2022, and then the balance of the purchase of price at closing on November 2, 2022.  The seller extended the Debtor's obligation to pay the additional $10,000,000 to November 2, 2022.

5. The Debtor had arranged for investor financing to close. But on the closing date, the new investor reneged. The Debtor, therefore, was unable to close. Although the time of the essence closing deadline was stated by the seller as November 2, 2022 at 11:00 a.m., the seller waived that deadline by failing to provide all of the necessary closing documents until later in the day.

6. Either way, 960 Franklin LLC was obligated to close simultaneously on November 2, 2022 on its purchase of the real property at 960 Franklin Avenue, Brooklyn New York, a vacant development site. The Debtor has been informed that it in fact the property sale closed.

7. The Debtor filed this case because it needs additional time to try to either raise the money or find a new investor to close on its purchase of the membership interests. The Debtor believes that 11 U.S.C. Section 108(b) provides the Debtor with up to 60 days. *See, In re Walden Ridge Development LLC*, 292 B.R. 58 (Bankr. NJ 2003); *In re New Breed Realty Enterprises, Inc.*, 278 B.R. 314 (Bankr. EDNY 2002); and *In re Empire Equities Capital* 405 B.R. 687 (Bankr. SDNY 2009).

8. As of the Petition Date, the Debtor's assets consisted of the 51% membership interests in 960 Franklin LLC, the right to purchase the remaining 49% interests and the Deposit.

9. Besides its obligation to close on the purchase of the interests, the Debtor's General Unsecured Claims consist of $134,000 of debts incurred in connection with purchase and an insider loan to pay the Debtor's counsel's $27,000 retainer for this case.

10. The Debtor anticipates no post-bankruptcy operating income or expenses.

Dated: New York, New York
December 9, 2022

                                                                   s/David Goldwasser, as Manager