| | |
|---|---|
| **LEECH TISHMAN ROBINSON BROG, PLLC**<br>875 Third Avenue<br>New York, New York 10022, 9th Floor<br>Tel. No.: 212-603-6300<br>Fred B. Ringel, Esq.<br>*Attorneys for the Hagler Parties* | <u>Presentment Date and Time:</u><br>**August 3, 2023 at 12:00 p.m.** |

**BACKENROTH FRANKEL
AND KRINSKY LLP**
488 Madison Avenue, 23rd Floor
New York, New York 10022
Tel. No.: 212-593-1100
Mark Frankel, Esq.
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **960 FRANKLIN OWNER LLC,** | Case No.: 22-42760 (JMM) |
| Debtor. | |

------------------------------------------------------------X

## NOTICE OF PRESENTMENT OF APPLICATION FOR FINAL DECREE

**PLEASE TAKE NOTICE,** that the proposed Final Decree, based upon the attached application, will be presented to the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, at the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201, on **August 3, 2023 at 12:00 p.m.** ("Presentment Date").

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the application, must be in writing setting forth the facts and authorities

upon which an objection is based, filed with the Clerk of the Court, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201, with a copy to Chambers, provided, however, that pursuant to general order No. M-559 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted in the Adobe Acrobat file format) at http://www.nysb.uscourts.gov, and served so as to be received by (a) attorneys for Debtor, Backenroth Frankel & Krinsky LLC, 488 Madison Avenue, 23rd Fl., New York, New York 10022, Attn: Mark Frankel and (b) attorneys for the Hagler Parties, Leech Tishman Robinson Brog, PLLC, 875 Third Avenue, New York, New York 10022, Attention: Fred B. Ringel, no later than seven (7) days prior to the Presentment Date.

In the event objections are timely interposed, the Court may schedule a hearing on said objections. In the event no objections are timely interposed, the proposed Final Decree may be signed.

Dated:  New York, New York
July 10, 2023

                        **LEECH TISHMAN**
                        **ROBINSON BROG, PLLC**
                        **Attorneys for the Hagler Parties**
                        875 Third Avenue, 9th Floor
                        New York, New York 10022
                        Tel. No.:  212-603-6300

                        By: <u>/s/ Fred B. Ringel</u>
                              **Fred B. Ringel**

                        **BACKENROTH FRANKEL**
                        **AND KRINSKY LLP**
                        *Attorneys for the Debtor*
                        488 Madison Avenue, 23rd Floor
                        New York, New York 10022
                        Tel. No.: 212-593-1100

                        By: <u> /s/ Mark Frankel   </u>
                              **Mark Frankel**