UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                             Chapter 11

**960 FRANKLIN OWNER LLC,**                        Case No.: 22-42760 (JMM)

                           Debtor.
----------------------------------------------------------x

# FINAL DECREE

      **Upon** the application of **960 Franklin LLC and Darryl Hagler**, ("Hagler Parties") by their attorneys, Leech Tishman Robinson Brog, PLLC and **960 Franklin Owner LLC,** the debtor and debtor in possession ("Debtor"), by its attorneys, Backenroth Frankel & Krinsky LLP (collectively the Hagler Parties and Debtor shall be the "Plan Proponents"), for an Order granting a Final Decree in this case; and it having been represented and it appearing that the estate of the Debtor has been fully administered pursuant to the Plan Proponents' Second Amended Joint Plan of Reorganization ("Plan"); and it also appearing that notice of the submission of the Application and service of a copy thereof was duly and timely made upon the the United States Trustee and that no objection was made to granting the relief requested therein, and sufficient cause appearing to me therefor, it is

      **ORDERED**, that the above-captioned Chapter 11 Case be, and it hereby is, closed.

      **ORDERED**, the Debtor shall file a final report of disbursements through the date of this Order within five (5) business days of the date of this Order and shall pay

all quarterly fees due pursuant to 28 U.S.C. § 1930 and any applicable interest due pursuant to 31 U.S.C. § 3717 within ten (10) business days of the date of this Order.

}
4892-3003-2748, v. 1